COM.

v.

**FERRARA, D.**

**1094 WDA 2016**

Superior Court of Pennsylvania.

6/8/2017

CP–33–CR–0000493–1999
(Jefferson)

Affirmed

COM.

v.

**PERRY, R.**

**1379 WDA 2016**

Superior Court of Pennsylvania.

Filed 06/08/2017

CP–65–CR–0001715–1999    (Westmoreland)

Affirmed

COM.

·v.

**FINK, D.**

**1431 WDA 2016**

Superior Court of Pennsylvania.

06/08/2017

CP–02–SA–0001452–2016 (Allegheny)

Affirmed

COM.

v.

**MORGAN, G.**

**772 EDA 2015**

Superior Court of Pennsylvania.

06/09/2017

CP–51–CR–0000586–2013
(Philadelphia)

Affirmed

COM.

v.

**BARAL, S.**

**3645 EDA 2015**

Superior Court of Pennsylvania.

06/09/2017

CP–51–CR–0007756–2013, (Philadelphia)

Reversed